# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| DENNIS AND MELISSA EGGERLING, both Individually and as parents and guardians for A.E., their daughter and a minor, ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 5:11-cv-4104 |
| v. ) ) ) | |
| ADVANCED BIONICS, LLC, ) ) | |
| Defendant. ) | |

## MOTION TO DE-DESIGNATE DOCUMENTS

**COME NOW** the Plaintiffs, Dennis and Melissa Eggerling, both individually and as parents and guardians for A.E., their daughter and a minor, by and through counsel of record, and file this Motion to De-Designate Documents.

1. This is a motion filed by Plaintiffs to de-designate six documents of the over 1,000,000 pages produced by Advanced Bionics.

2. None of the documents at issue in this motion contain confidential business information or "trade secrets" of any type, kind or character.

3. Plaintiffs have consulted with Defendant in good faith, but Defendant refuses to de-classify these documents. As such, this motion is being filed before the Court.

4. For good cause shown, Plaintiffs request these seven documents be de-designated as Confidential. In further support of this request, Plaintiffs rely on the Memorandum of Law filed contemporaneously herewith.

1

DATED: February 1, 2013

Respectfully submitted,

**GLASSMAN, EDWARDS, WYATT,
TUTTLE & COX, P.C.**

/s/ Tim Edwards
/s/ Edwin E. Wallis III

TIM EDWARDS (TN 5353) (Pro Hac Vice)
EDWIN E. WALLIS III (TN 23950)(Pro Hac Vice)
KEVIN McCORMACK (TN 29295) (Pro Hac Vice)

26 North Second Street Building
Memphis, Tennessee 38103
Tel: (901) 527-4673
Fax: (901) 521-0940
Email: tedwards@gewwlaw.com
Email: ewallis@gewwlaw.com
Our File: 09-016

Brian P. Galligan (AT0002632)
GALLIGAN & REID, P.C.
300 Walnut Street, Suite 5
Des Moines, IA 50309
Phone: 515-282-3333
Fax: 515-282-0318
bgalligan@galliganlaw.com

Attorneys for Plaintiffs

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was forwarded by either U.S. Mail, e-mail, or electronic means via the Court's electronic filing system to:

Douglas L. Phillips, Esq.
**Klass Law Firm, L.L.P.**
4280 Sergeant Road
Mayfair Center, Suite 290
Sioux City, IA 51106

Craig May, Esq.
Stephanie A. Reedy, Esq.
**Wheeler Trigg O'Donnell LLP**
370 Seventeenth St, Suite 4500
Denver, CO 80202

this 1st day of February, 2013.

/s/ Edwin E. Wallis III
EDWIN E. WALLIS III